**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEFFREY ASHCRAFT, ON HIS OWN BEHALF AND OTHERS SIMILARLY SITUATED,**

**Plaintiffs,**

**-vs-**  Case No. 6:12-cv-579-Orl-28TBS

**SOUTHERN IMAGE LANDSCAPE INDUSTRIES, INC., KEITH TAYLOR,**

**Defendants.**

_____

# ORDER

This case is before the Court on the Second Joint Motion for Approval of Proposed Settlement and Stipulation for Dismissal with Prejudice (Doc. No. 24) filed November 1, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 5, 2012 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Second Joint Motion for Approval of Proposed Settlement and Stipulation for Dismissal with Prejudice (Doc. No. 24) is **GRANTED**.

    3.    The parties' Revised Settlement Agreement is **APPROVED**.

    4.    This case is dismissed with prejudice.

    5.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of November, 2012.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record